**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**CHARLES RAY "CHUCK" CRAWFORD**         **PETITIONER**

**VS.**                                   **CIVIL ACTION NO.: 3:04CV59-SA**

**CHRISTOPHER B. EPPS, ET AL.**           **RESPONDENTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that all relief requested in the Petition for Writ of Habeas Corpus filed in the above-referenced cause is hereby **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the __25th__ day of September, 2008.


                                              ___/s/ Sharion Aycock_____
                                              **U.S. DISTRICT JUDGE**