IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHARLES RAY "CHUCK" CRAWFORD                              PETITIONER

VS.                                           CIVIL ACTION NO.: 3:04CV59-SA

CHRISTOPHER B. EPPS, ET AL.                               RESPONDENTS

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and separate Order issued today in the above-referenced cause, all relief requested in Petitioner's Petition for Writ of Habeas Corpus is hereby **DENIED** and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the   25th   day of September, 2008.


                                              __/s/ Sharion Aycock_____
                                              U.S. DISTRICT JUDGE