# IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**CHARLES RAY "CHUCK" CRAWFORD**                                    **PETITIONER**

**VS.**                                                                           **CASE NO.: 3:04cv59-SA**

**CHRISTOPHER EPPS, ET AL.**                                          **RESPONDENTS**

## ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

Pursuant to an opinion issued this day, it is hereby **ORDERED** that Petitioner's Request

for Certificate of Appealability filed in the above-referenced cause is hereby **DENIED.**

**SO ORDERED** this the _ 25th _ day of November, 2008.

 _/s/ Sharion Aycock_____
**U.S. DISTRICT JUDGE**