IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CHARLES RAY "CHUCK" CRAWFORD**                            **PETITIONER**

**VS.**                                     **CIVIL ACTION NO.: 3:04CV59-SA**

**CHRISTOPHER B. EPPS, ET AL.**                                 **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today in the above-referenced cause, the instant petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **GRANTED**.

**SO ORDERED** this the 29th day of August, 2012.

                                                **/s/ Sharion Aycock**
                                                **U.S. DISTRICT JUDGE**